# IN THE DISTRICT COURT OF THE UNITED STATES
## For the Western District of New York

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** | OCTOBER 2019 GRAND JURY<br>(Impaneled October 11, 2019) |
| -vs- | 21-CR- 6042 |
| | **INDICTMENT** |
| **EARNEST BAKER a/k/a Slay** | Violations:<br>21 U.S.C. §§ 841(a)(1) and 846;<br>18 U.S.C. §§ 924(c)(1)(A)(i)<br>and 2<br><br>(6 Counts and Forfeiture Allegation) |

## COUNT 1

**(Narcotics Conspiracy)**

**The Grand Jury Charges That:**

From in or about August 2019, the exact date being unknown to the Grand Jury, through and including on or about April 30, 2020, in the Western District of New York, and elsewhere, the defendant, **EARNEST BAKER a/k/a Slay**, did knowingly, willfully and unlawfully combine, conspire and agree with others, known and unknown to the Grand Jury, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**All in violation of Title 21, United States Code, Section 846.**

## COUNT 2

**(Distribution of Fentanyl)**

**The Grand Jury Further Charges That:**

On or about February 27, 2020, in Rochester, New York, in the Western District of New York, the defendant, **EARNEST BAKER a/k/a Slay**, did knowingly, intentionally, and unlawfully possess with intent to distribute, and distribute, fentanyl, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.**

## COUNT 3

**(Distribution of Cocaine)**

**The Grand Jury Further Charges That:**

On or about March 19, 2020, in Rochester, New York, in the Western District of New York, the defendant, **EARNEST BAKER a/k/a Slay**, did knowingly, intentionally, and unlawfully possess with intent to distribute, and distribute, cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 4

**(Possession of Fentanyl with Intent to Distribute)**

**The Grand Jury Further Charges That:**

On or about April 30, 2020, at 33 Locust Street, Rochester, New York, in the Western District of New York, the defendant, **EARNEST BAKER a/k/a Slay**, did knowingly,

intentionally, and unlawfully possess with intent to distribute fentanyl, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.**

## COUNT 5

**(Possession of Cocaine with Intent to Distribute)**

**The Grand Jury Further Charges That:**

On or about April 30, 2020, at 33 Locust Street, Rochester, New York, in the Western District of New York, the defendant, **EARNEST BAKER a/k/a Slay**, did knowingly, intentionally, and unlawfully possess with intent to distribute cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.**

## COUNT 6

**(Possession of Firearm in Furtherance of Drug Trafficking Crimes)**

**The Grand Jury Further Charges That:**

On or about April 30, 2020, at 33 Locust Street, Rochester, New York, in the Western District of New York, the defendant, **EARNEST BAKER a/k/a Slay**, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, violations of Title 21, United States Code, Sections 841(a)(1) and 846, as set forth in Counts 1, 4 and 5 of this Indictment, the allegations of which are incorporated herein by reference, did knowingly and unlawfully possess a firearm.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.**

### ALLEGATION OF PRIOR CONVICTIONS FOR
### SERIOUS DRUG FELONY AND SERIOUS VIOLENT FELONY

**The Grand Jury Alleges That:**

1.　　Before the defendant **EARNEST BAKER a/k/a Slay** committed the offense charged in Count 1 of this Indictment, the defendant had a final conviction for a serious violent felony, that is, a violation of New York Penal Law § 120.05(2), for which the defendant served more than 12 months of imprisonment.

2.　　Before the defendant **EARNEST BAKER a/k/a Slay** committed the offense charged in Count 1 of this Indictment, the defendant had a final conviction for a serious drug felony, that is, a violation of 21 U.S.C. § 846, for which the defendant served more than 12 months of imprisonment and for which the defendant was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offenses.

### FORFEITURE ALLEGATION

**The Grand Jury Further Alleges That:**

Upon conviction of any of the controlled substances offenses alleged in Counts 1 through 5 of this Indictment, the defendant, **EARNEST BAKER a/k/a Slay**, shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including, but not limited to the following:

**CURRENCY:**

a. The sum of $2,902 United States currency seized by law enforcement from 20 Heidelberg Street, Rochester, New York, on April 30, 2020;

**JEWELRY:**

a. One 10 kt. Yellow Gold Diamond Cluster Ring valued at $7,500;

**CELLULAR TELEPHONES:**

a. One black iPhone 11 in a black case (marked as Exhibit N-150) seized at 20 Heidelberg Street, Rochester, New York, on April 30, 2020; and

b. One black iPhone 11 in a black case (marked as Exhibit N-151) seized at 20 Heidelberg Street, Rochester, New York on April 30, 2020.

**All pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2).**

DATED:   Rochester, New York, March 25, 2021.

        JAMES P. KENNEDY, JR.
        United States Attorney

BY:   s/EVERARDO A. RODRIGUEZ
      Assistant U.S. Attorney
      United States Attorney's Office
      Western District of New York
      100 State Street, Suite 500
      Rochester, New York 14614
      (585) 399-3950
      everardo.rodriguez@usdoj.gov

A TRUE BILL:


s/FOREPERSON